United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC., | No. C-10-04382 DMR |
| Plaintiff, | **ORDER RE ASSIGNMENT OF SEVERED MATTER** |
| v. | |
| DOES 1-435, | |
| Defendants. | |

On December 15, 2010, the Court issued an Order Severing Plaintiff's Claims Against Defendant J.W. and Setting Hearing Date on Defendant J.W.'s Motion for Protective Order, Motion to Quash And/or Vacate Subpoena, and Motion to Dismiss, in which the Court ordered that Plaintiff Io Group, Inc.'s claims against Defendant J.W. be severed under Federal Rule of Civil Procedure 21. Given that both Plaintiff and Defendant J.W. have filed signed consents to the jurisdiction of the Magistrate Judge (*see* Docket Nos. 10 & 19), the Court hereby orders that the severed matter be assigned to the undersigned for all purposes.

IT IS SO ORDERED.

Dated: December 21, 2010

DONNA M. RYU
United States Magistrate Judge