United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-04382 DMR |
| Plaintiff, | **ORDER STAYING COMPLIANCE WITH SUBPOENA** |
| v. | |
| DOES 1-435, | |
| Defendants. | |
| _____/ | |

On October 15, 2010, this Court granted Plaintiff Io Group, Inc.'s administrative request for leave to take early discovery, and granted Plaintiff leave to serve a subpoena upon Comcast Internet seeking the names and addresses of subscribers assigned specific IP addresses identified in the subpoena. *See* Docket No. 9. The Court is now in receipt of Defendant J.W.'s Motion to Quash and/or Vacate Subpoena and Motion to Dismiss for Lack of Personal Jurisdiction. *See* Docket Nos. 12 and 13.

Defendant J.W. is hereby ordered to file with the Court and serve on Plaintiff his or her IP address, and file with the Court a signed consent or declination to the jurisdiction of a Magistrate Judge **by no later than December 6, 2010.**

Comcast Internet, the recipient of Plaintiff's subpoena, shall stay its compliance with Plaintiff's subpoena until **December 7, 2010.** If Defendant J.W. has provided Plaintiff with his or her IP address by December 6, 2010, Comcast Internet may comply with Plaintiff's subpoena with

respect to all IP addresses listed on the subpoena other than the IP address belonging to Defendant J.W. and IP addresses belonging to any other Defendants that have timely filed objections or moved to quash the subpoena with the Court.

If Defendant J.W. has not provided Plaintiff with Defendant's IP address by December 6, 2010, Comcast Internet may comply with Plaintiff's subpoena with respect to all IP addresses listed on the subpoena except for IP addresses belonging to any other Defendants that have timely filed objections or moved to quash the subpoena with the Court.

**Immediately upon receipt of this Order, Plaintiff Io Group, Inc. shall serve this Order upon Comcast Internet and shall e-file a proof of service on the same day that service is effected.**

IT IS SO ORDERED.

Dated:  November 29, 2010



_____
DONNA M. RYU
United States Magistrate Judge

2