D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>             vs.<br><br>J.W., an individual,<br><br>    Defendant. | CASE NO.: C-10-5821 (DMR)<br><br>**[PROPOSED] ORDER DENYING J.W.'S MOTION TO QUASH; DENYING MOTION TO DISMISS FOR LACK OF JURISDICTION; AND GRANTING A LIMITED PROTECTIVE ORDER**<br><br>Hearing Date:  January 27, 2011<br>**Time:     11:00 a.m.**<br>**CtRm:    4, 3rd Fl** |

Before the Court is J.W.'s motion to quash a third party subpoena requesting the release of his name, address, e-mail address, and telephone number from his Internet service provider, Comcast Cable Communications.  The Court **DENIES** J.W.'s Motion to Quash because J.W. states no basis to support his request and Plaintiff's need to discover the information outweighs any privacy concerns J.W. might have.

The Court finds J.W.'s Motion is premature for the reasons advanced by Plaintiff, and hereby **DENIES** the motion.

Plaintiff has stipulated to a limited Protective Order.  The **GRANTS** a protective order to the limited extent that any information regarding J.W. released to Plaintiff by Comcast Cable Communications shall be treated as confidential for a limited duration.  Specifically, Plaintiff shall not publicly disclose that information until J.W. has the opportunity to file a motion with this Court to be allowed to proceed in this litigation anonymously and the Court rules on that motion. If J.W. fails to file a motion for leave to proceed anonymously within 30 days after Comcast discloses his information to Plaintiff's counsel, this limited protective order will expire.

Dated: _____       _____
                                  DONNA M. RYU
                                  UNITED STATES MAGISTRATE JUDGE