UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP,<br><br>        Plaintiff,<br><br>    v.<br><br>J.W.,<br><br>        Defendant.<br>_____/ | No. C-10-05821 DMR<br><br>**SUPPLEMENTAL ORDER RE DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

On January 24, 2011, the Court issued an Order denying Defendant J.W.'s Motions to Quash and to Dismiss the Complaint for Lack of Jurisdiction, and granting a limited protective order. *See* Docket No. 22. The Court ordered that any information regarding J.W. released to Plaintiff by Comcast Internet be treated as confidential for a limited duration; specifically, J.W. has thirty days to file a motion for leave to proceed anonymously after his/her information is disclosed to Plaintiff's counsel, and if J.W. fails to file a motion for leave to proceed anonymously within thirty days after his/her information is disclosed to Plaintiff's counsel, the limited protective order granted by the Court will automatically expire.

The Court now issues this Supplemental Order to create a procedure for carrying out its earlier order: upon receipt of J.W.'s information from Comcast Internet, Plaintiff shall send notice to J.W. of the release of his/her information but shall not publicly file this notice with the Court. Instead, Plaintiff shall separately inform the Court of the date when notice was sent to J.W. The

thirty day deadline for J.W. to file a motion to proceed anonymously shall run from the date of Plaintiff's notice to J.W.  If J.W. fails to file a motion for leave to proceed anonymously within thirty days after his/her information is disclosed to Plaintiff's counsel, the limited protective order granted by the Court will automatically expire.

IT IS SO ORDERED.

Dated: February 10, 2011



DONNA M. RYU
United States Magistrate Judge