D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

|  |  |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>           vs.<br><br>J.W., an individual,<br><br>    Defendant. | CASE NO.: C-10-5821 (DMR)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated:  *March 15, 2011*              Respectfully submitted,

                                                        */s/ D. Gill Sperlein*
                                                        _____
                                                        D. GILL SPERLEIN
                                                        Attorney for Plaintiff IO GROUP, INC.